IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERRY L. AHLIN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV447 |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | REASSIGNMENT ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

In the interest of judicial economy,

IT IS ORDERED that this case is reassigned to District Judge Joseph F. Bataillon for disposition and to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 8th day of November, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge