IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERRY L. AHLIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COMMISSIONER, SOCIAL SECURITY )<br>ADMINISTRATION, )<br>)<br>Defendant. ) | 8:05cv447<br><br>MEMORANDUM AND ORDER |

This matter is before the court on its own motion in order to determine the status of this case and how the plaintiff, Sherry L. Ahlin, is doing. In particular, the court wants to know her current medical status, whether Ms. Ahlin is still in the Norfolk Regional Center, whether she is receiving her social security checks, and whether Ms. Ahlin wishes to continue with this litigation against the Commissioner of Social Security. Therefore, the court requests a response from Ms. Ahlin within thirty days to advise the court of her situation.

SO ORDERED.

DATED this 28th day of February, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief United States District Judge