IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERRY L. AHLIN, ) | |
| ) | 8:05cv447 |
| Plaintiff, ) | |
| ) | MEMORANDUM AND ORDER |
| vs. ) | |
| ) | |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on filing no. 24, the defendant's Status Report providing the plaintiff's new address in California and representing that the plaintiff has been receiving her social security checks without problems. Accordingly, it appears that this case has become moot and has been abandoned by the plaintiff or resolved.

THEREFORE IT IS ORDERED:

1. That the Clerk of Court shall update the court's records to reflect the plaintiff's new address as set forth in filing no. 24;

2. That the Clerk shall send the plaintiff at her new address a copy of filing no. 23 (the court's inquiry to the plaintiff about the status of this matter) and this Order; and

3. That, unless the Clerk of Court receives a written communication from the plaintiff to the contrary by March 27, 2007, this case will be subject to dismissal as moot by Chief Judge Joseph F. Bataillon.

DATED this 15th day of March, 2007.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge