IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERRY L. AHLIN, ) | |
| ) | 8:05cv447 |
| Plaintiff, ) | |
| ) | MEMORANDUM AND ORDER |
| vs. ) | |
| ) | |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

In two Orders (filing no. 23 dated February 28, 2007, and 27 dated March 15, 2007), I inquired whether the plaintiff, Sherry L. Ahlin, wished to continue with this litigation against the Commissioner of Social Security. There has been no response from the plaintiff, and the defendant reports that the plaintiff, who relocated to California,[1] has filed the same or similar claims against the Commissioner of Social Security at her new location. Accordingly, this case appears to be abandoned and moot and will be dismissed without prejudice.[2] Judgment will be entered accordingly.

SO ORDERED.

DATED this 30th day of March, 2007.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge

---

[1] I previously directed the Clerk of Court to update the court's records to reflect the plaintiff's new address and to send her the court's inquiries at that location (filing no. 27).

[2] See NECivR 41.1, which states in pertinent part: "At any time when it appears that any action is not being prosecuted with reasonable diligence the court may dismiss it for lack of prosecution."